**Order entered April 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00740-CV

**ROSALYNN R. COLEMAN, Appellant**

**V.**

**PATRICK CALVANO, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-06496-D**

## ORDER

We **GRANT** appellant's April 19, 2013 motion to file a second amended brief. We

**ORDER** the amended brief tendered to this Court by appellant on April 19, 2013 filed as of the

date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE